UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC.,

Debtor.

22 Civ. 8021 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received appellants' notice of appeal from the Bankruptcy Court, Dkt. 1, as well as notice that the record of appeal is complete. Pursuant to Federal Rule of Bankruptcy Procedure 8018, the Court sets the following briefing schedule:

(1)   Appellant's opening brief shall be due November 16, 2022;

(2)   Appellee's opposition shall be due December 16, 2022; and

(3)   Appellant's reply brief shall be due January 3, 2023.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 27, 2022
       New York, New York